IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAUL STEPHENSON,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:09-cv-0905 CW-SA<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On March 26, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that the Federal Bureau of Investigation's (FBI) Motion to Dismiss be granted.[1] Plaintiff Paul Stephenson filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, the FBI's Motion to Dismiss is GRANTED.[2]

SO ORDERED this 17th day of May, 2010.

BY THE COURT:

Clark Waddoups
United States District Judge

---

[1] Docket No. 9.

[2] Docket No. 5.